IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-33271-H1-7 |
| | § | |
| TAO, ELAINE Y. | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY**
**UNDER 11 U.S.C. § 347(a)**

The undersigned Trustee reports:

__x__  The dividends payable to the creditors listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_____  Payment has been returned as "attempted not known, return to sender", and the dividends payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and U.S.C. §347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 Title 28 (28 U.S.C. 2041, et seq.).

Dated this 6th day of June, 2011

/s/ Joseph M. Hill
_____
JOSEPH M. HILL, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500

## DIVIDEND REPORT

Page No: 1

| | |
|---|---|
| **Case No:** | 08-33271-H1-7 |
| **Case Name:** | TAO, ELAINE Y. |
| **Trustee Name:** | Joseph Hill |

| | |
|---|---|
| **Date Printed:** | 5/26/2011 |
| **Check Number:** | 5004 |
| **Check Date:** | 05/26/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 2 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 296030587 | $61.30 | $0.15 |
| | **Total Check Amount:** | | **$0.15** |